JOSEPH D. BAUCUS, Appellant, *v.* ERNEST H. B. WEATHERALL, Respondent.

*Baucus v. Weatherall,* 176 App. Div. 914, appeal dismissed.
(Submitted June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered January 19, 1917, affirming a judgment in favor of. defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to dissolve an alleged partnership and for an accounting.

The motion was made upon the ground that the affirmance was unanimous, and that the exceptions were frivolous and presented no questions of law for review.

*F. Sidney Williams* for motion.

*John Ewen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.